UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                      Case No. 11-cr-63-PB

**David Barker**

### O R D E R

The defendant has moved through counsel to continue the February 7, 2012 trial in the above case, citing the need for additional time to prepare for trial in light of failed plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2012 to April 3, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on March 26, 2012 at 3:45 p.m.  No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 30, 2012

cc:   Helen Fitzgibbon, Esq.
      Robert Daniels, Esq.
      United States Marshal
      United States Probation